Slyvester Jermain Lark
Full name(s)

I.D.O.C #156941
Prisoner or registration number

727 Moon rd.
Street address or postal box number

Plainfield, In 46168
City, State and zip code

FILED

2006 MAR 21 PM 3: 52

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

## 1:06-cv-0468-RLY-WTL

Civil Action No. _____
(To be supplied by the Court)

Jury Trial Demanded

Slyvester Jermain Lark          Plaintiff(s)

v.

Madison County ; City of Anderson ; Meijers Dept. Store

Fredrick Spencer ; Stephen Koester ; Rodney

Cummings ; David Puckett ; Jon Bell ; Deena Dunn ;

Mark Naselroad ; Jon Needler ; Angela Sims ; Jason Towne Defendant(s).
Full name(s) (Do not use *et al.*) All sued in individual/official capacities

---

## CIVIL RIGHTS COMPLAINT

---

### A. PARTIES

1. I, Slyvester Jermain Lark #156941          , am a citizen of Indiana
   (Plaintiff name and prisoner or registration no. if applicable)          (State)

and presently reside at Plainfield Correctional Facility, 727 Moon rd Plainfield, In 46168
(mailing address or place of confinement)

2. Defendant Fredrick Spencer is a citizen of Indiana
(name of first defendant) (State)

whose address is 16 East 9th Street Anderson, In 46016 ,

and who is employed as Madison County Circuit Judge

3. Defendant Stephen Koester is a citizen of Indiana
(name of second defendant) (State)

whose address is 16 East 9th Street Anderson, In 46016

and who is employed as Deputy Prosecutor .

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. This cause of action is brought pursuant to (CHECK ONE)

✓ 42 U.S.C. § 1983 (applies to state prisoners)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (applies to federal prisoners)

2. _____ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)
28 U.S.C sec. 1331 ; 28 U.S.C sec. 1367 ; and also 42 U.S.C.A Sec. 1985

## C. NATURE OF THE CASE

BRIEFLY state the background of your case.

On Jan 20, 2004 the Plaintiff was incarcerated at the Madison County Jail, under false arrest and false pretenses of evidence and witnesses, that the Plaintiff had committed theft against Meijers Dept. Store. The Defendants named herein conspired to deprive the Plaintiff of his Constitutional Right of Due Process of Law, Civil Liberties and Freedom.

2

# A. Parties

Continued from pg.2, Defendants

Rodney Cummings is a citizen of Indiana. whose address is 16 East 9th Street Anderson, In 46016 and who is employed as Chief Prosecutor.

David Puckett is a citizen of Indiana whose address is 16 East 9th Street Anderson, In 46016 and who is employed as Deputy Prosecutor.

Jon Bell is a citizen of Indiana whose address is 700 Meridian Anderson, In 46016 and who is employed as Anderson Police Officer.

Deena Dunn is a citizen of Indiana whose address is 700 Meridian Anderson, In 46016 and who is employed as Anderson Police Officer.

Mark Naselroad is a citizen of Indiana whose address is 700 Meridian Anderson, In 46016 and who is employed as Anderson Police Officer.

Jon Needler is a citizen of Indiana whose address is 700 Meridian Anderson, In 46016 and who is employed as Detective Anderson Police Dept.

2 (a)

# A. Parties

continued from pg. 2 , Defendants

Angela Warner Sims  is a citizen of Indiana whose address is 911 Meridian Plaza P.O. Box 1448 Anderson , In 46015 and who is employed as Pauper Counsel.

Jason Towne is a citizen of Indiana whose address is 6610 Scatterfield Anderson, In 46013 and is employed as Loss Prevention Personnel of Meijers Dept. Store.

All the above named Defendants are sued in their individual and official capacity.

Meijers Department Store , located in Indiana, d/b/a Meijers Department Store chain , whose address is 6610 Scatterfield Rd. Anderson, Indiana 46013.

Sued in individual and official capacity.

2 (b)

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.   CAUSE OF ACTION.")

Claim I:   While acting under color of State and Federal laws. Jason Towne, and other unknown employees of Meijers caused the plaintiff, to be falsely arrested and deprived of my Civil Liberties for (168) days.

**Supporting Facts**: (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

On Jan 20, 2004    employees of Meijers Dept. Store, called Anderson police to report a theft, that had just occured in the Meijers Dept. Store. Upon information and belief Jason Towne and other unknown personnel of the Meijers Dept. Store (Loss Prevention) acted with deliberate indefference when they informed officer's Jon Bell, Deena Dunn, and Mark Naselroad that I, the plaintiff had stolen merchandise from within Meijers Dept. Store . Upon information and belief, Jason Towne. and other unknown employees of the Meijers Dept. Store, further informed the above - named Anderson Police Officers, that Meijers Loss Prevention

Claim II:   While acting under color of State and Federal Laws On Jan 20, 2004  Officers Jon Bell, Deena Dunn, Mark Naselroad and Jon Needler, all officers of the Anderson Police Dept. deprived the plaintiff of his Civil Liberties, by falsely placing plantiff

3

# D. Cause of Action

continued from pg. 3, Supporting Facts from Claim I:

personnel had witnesses, pictures and video tape as evidence to support their theft claim, that said evidence being of plaintiff as being the sole perpetrator in the act or commission of the theft.

continued from pg. 3, Claim II:

under arrest.

continued from pg. 5, Supporting Facts from Claim III:

Jason Towne and other unknown personnel of Loss Prevention of Meijers Dept. Store, deprived the Plaintiff of his Constitutional Right, to Due Process of Law and Civil Liberties. Angela Warner Sims conspired with the above-named Defendants, to hold the Plaintiff under false information and evidence for theft of merchandise from Meijers Dept. Store, when no evidence of guilt existed.

3 (a)

**Supporting Facts:**

On Jan 20, 2004 the plaintiff was placed under arrest, by Officer Jon Bell, Deena Dunn, Mark Naselroad of the Anderson Police Dept. under false pretenses of a theft at the Meijers Dept. Store. The above-named officers of the Anderson Police Dept. based their Probable Cause on false information of evidence, such as witnesses, photographs and video tape of the plaintiff committing theft of merchandise from the Meijers Dept. Store. Thus, depriving plaintiff of his Civil Liberties and Freedom, for 168 days.

---

**Claim III:**    While acting under Color of State and Federal Laws Angela Warner Sims, conspired with defendants, named herein to deprive myself of my Constitutional Right and Due Process of Law and Civil Liberties.

**Supporting Facts:**

Angela Warner Sims, acting as Court appointed Pauper Counsel acted with deliberate indifference by failing to produce exculpatory evidence; production of documents; production of witnesses; and other evidence involved in the theft that supposedly took place on Jan 20, 2004 at the Meijers Dept. Store. Angela Warner Sims conspired with Honorable Fredrick Spencer as Judge of Madison Circuit Court; States Prosecutor

4    Continued on pg. 3 (a)

# D. Cause of Action

continued from pg. 5

Claim IV: While acting under color of State and Federal Laws. The Madison County Circuit Court, Honorable Fredrick Spencer, as Judge thereof; States Cheif Prosecutor Rodney Cummings; Deputy Prosecutor David Puckett; Deputy Prosecutor Stephen Koester and court appointed Pauper Counsel, Angela Warner Sims conspired to deprive the Plaintiff of my Constitutional Right of Due Process of Law and Civil Liberties.

Supporting Facts: Upon information and belief, the Madison County Circuit Court, Honorable Fredrick Spencer as judge thereof, the States Prosecuting Attorney Rodney Cummings; Deputy Prosecutor David Puckett; Deputy Prosecutor Stephen Koester; delibrately with held excupaltory evidence from the Plaintiff in cause #(48C01-0401-FD-016) that said, exculpatory evidence of witnesses, photographs and video tapes to support the prosecutions claims of theft from the Meijers Dept. Store. Thus, malicously and vindictively holding the Plaintiff, in jail for (168) days under false pretenses of theft. Upon information and belief the above-metioned States Prosecutor and Deputy Prosecutor conspired with

5 (a)

# D. Cause of Action

Continued from pg. 5 (a) Supporting Facts from Claim IV:

Officers Jon Bell ; Deena Dunn ; Mark Naselroad ; Jon Needler, to deprive the Plaintiff of my Constitutional Right to Due Process of Law, Civil Liberties and Freedom. That the above named Defendants acted with deliberate indifference against the Plaintiff, upon false information / evidence involving myself in a criminal act of theft at the Meijers Dept. Store. Upon information and belief the States Prosecuting Attorney and Deputy Prosecuting Attorneys and officers of the Anderson Police Dept. acted under false evidence and information for theft. That all the defendants named herein, continued to hold the Plaintiff, under false pretenses of theft, when no evidence of guilt existed.

5 (b)

See attached

_____

_____

_____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes ____No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

   Plaintiff(s): _____ N/A _____

Defendant(s): _____ N/A _____

b. Name and location of court and docket number _____ N/A _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

d. Issues raised: _____ N/A _____

e. Approximate date of filing lawsuit: _____ N/A _____

f. Approximate date of disposition: _____ N/A _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ____Yes ____No.

If your answer is "Yes," briefly describe how relief was sought and the result.

_____ N/A _____

_____

5

3. I have exhausted available administrative remedies: _____ Yes __✓__ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____ I am unaware of any administrative remedies that I should have exhausted, other than maintaining my innocents in the criminal charges that were filed against me, and trying to get my attorney to investigate the evidence and witnesses involved that would prove that I had been falsely arrested and charged with a crime. _____

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

Plaintiff(s): _____ N/A _____

Defendant(s): _____ N/A _____

b. Name and location of court and docket number _____ N/A _____

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: _____ N/A _____

e. Approximate date of disposition: _____ N/A _____

6

## G. REQUEST FOR RELIEF

I request the following relief:

The Plaintiff respectfully prays for Injunction relief, Compensatory, Nominal, and Punitive damages.

_____        _____
Original signature of attorney (if any)        Prisoner's Original Signature

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct**.

Executed at Plainfield Correctional Facility on  03 / 07 / 06 .
　　　　　(location)　　　　　　　　　　(date)

_____
Prisoner's Original Signature

7